```
                                    FILED
                                   FEB - 9 2010
                            CLERK, U.S. DISTRICT COURT
                          SOUTHERN DISTRICT OF CALIFORNIA
                          BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 10CR0384-H |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 8, U.S.C., Sec. 1326(a) and (b) -Attempted Entry After Deportation (Felony) |
| MANUEL DE JESUS ROBLES-OJEDA, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about January 11, 2010, within the Southern District of California, defendant MANUEL DE JESUS ROBLES-OJEDA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

SPJC:gr:San Diego
1/20/10

1 | It is further alleged that defendant was removed from the
2 | United States subsequent to August 26, 2009.
3 | DATED: 2/9/10          .

KAREN P. HEWITT
United States Attorney

*[signature]* FOR

SEAN COYLE
Assistant U.S. Attorney