KAREN P. HEWITT
United States Attorney
THOMAS B. SNYDER
Assistant United States Attorney
California State Bar No. 211230
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7171

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 10CR0384H |
|---|---|---|
| Plaintiff, | ) ) ) | GOVERNMENT'S SENTENCING SUMMARY |
| v. | ) ) | CHART[X AND MOTION UNDER USSG § 3E1.1(b)] AND RAP SHEET |
| MANUEL DE JESUS ROBLES-OJEDA, | ) ) | SUMMARY CHART |
| Defendant. | ) ) | Honorable Marilyn L. Huff Date:     June 7, 2010 Time:     9:00 a.m. |

  COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Thomas B. Snyder, Assistant United States Attorney, and hereby files the attached Government's Sentencing Summary Chart[X And Motion under United States Sentencing Guidelines, Section 3E1.1(b)] and Rap Sheet Summary Chart regarding the above-referenced matter.

  DATED: May 27, 2010.

            KAREN P. HEWITT
            United States Attorney


            s/ Thomas B. Snyder
            THOMAS B. SNYDER
            Assistant U.S. Attorney
            Email: Thomas_Snyder@usdoj.gov

**SENTENCING SUMMARY CHART**  USPO ___
[ X **AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)**]  AUSA  X
 DEF ___

Defendant's Name:  MANUEL DE JESUS ROBLES-OJEDA    Docket No.  \c

Attorney's Name:  THOMAS B. SNYDER    Phone No.: (619) 557-7171

Guideline Manual Used:  November 1, 2009    Agree with USPO Calc.: ___

Base offense Levels: (Drug Quantity if Applicable:)   USSG §2L1.2   8

Specific Offense Characteristics:
USSG § 2L1.2(b)(1)(A) - Previous Deportation After Felony Conviction    +16
 PC § 211- Robbery

Victim Related Adjustment:

Adjustment for Role in the Offense:

Adjustment for Obstruction of Justice:

Adjustment for Reckless Endangerment During Flight:

Adjusted Offense Level:    24
___ Combined (Mult. Counts)  ___ Career Off.  ___ Armed Career Crim.

Adjustment for Acceptance of Responsibility:    -3

Total Offense Level:    21

Criminal History Score:    9

Criminal History Category:    IV
___ Career Offender   ___ Armed Career Criminal

Guideline Range:    from  57  mths
 (Range limited by: ___ minimum mand.. ___ statutory maximum    to  71  mths

Departures:
Departure for Fast-Track under USSG § 5K3.1
    -2

Resulting Guideline Range: Adjusted Offense Level  19    from  46  mths
    to  57  mths
**RECOMMENDATION**: 46 Months imprisonment

TBS:gr:05/27/2010

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 10CR0384H |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| v. ) | |
| MANUEL DE JESUS ROBLES-OJEDA, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, THOMAS B. SNYDER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **GOVERNMENT'S SENTENCING SUMMARY CHART [ X AND MOTION UNDER USSG § 3E1.1(b)] AND RAP SHEET SUMMARY CHART** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

to:   Charles Rees, Esquire
      424 F Street, Ste. D
      San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2010.

s/ Thomas B. Snyder
THOMAS B. SNYDER